UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                           Civil Action
                                                           No: 03-12487-PBS

David Patts
Plaintiff

v.

William Healey, et al
Defendants

## ORDER OF DISMISSAL

SARIS, D.J.

      For failure of the Plaintiff to prosecute the above-entitled action, this case is hereby dismissed without prejudice unless within 30 days from the date of this order Plaintiff shows good cause as to why the action should be reopened.

                                                           By the Court,

                                                           /s/ Robert C. Alba
                                                           Deputy Clerk

December 29, 2005

To: All Counsel